■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON JONES, Appellant. [776 NYS2d 493]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered February 23, 2000, convicting him of assault in the first degree (two counts), criminal possession of a weapon in the fourth degree, and menacing in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that a witness for the People improperly bolstered the identification of the defendant in viola-

tion of the rule in *People v Trowbridge* (305 NY 471 [1953]), is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Higgins,* 216 AD2d 487 [1995]). In any event, the contention is without merit, since the defendant's identification was not a disputed issue at trial (*see People v Johnson,* 57 NY2d 969 [1982]; *People v Gissendanner,* 48 NY2d 543, 552 [1979]).

The defendant's contention that a comment made by the trial court denigrated him is also unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Charleston,* 56 NY2d 886, 887 [1982]; *People v Smalls,* 293 AD2d 500 [2002]). In any event, the comment was proper (*see People v Moulton,* 43 NY2d 944, 945-946 [1978]; *People v White,* 210 AD2d 446 [1994], *affd sub nom. People v Kelly,* 88 NY2d 248 [1996]), and at worse, harmless.

Contrary to the defendant's contention, he was not excluded from a material stage of the trial (*see* CPL 260.20; *People v Roman,* 88 NY2d 18, 26 [1996]; *People v Velasco,* 77 NY2d 469, 472 [1991]; *People v Gopaul,* 171 AD2d 754, 755 [1991]). Florio, J.P., Smith, Crane and Rivera, JJ., concur.